CLOSED,SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:15−cv−03204−GAM

BASILE v. STREAM ENERGY PENNSYLVANIA, LLC et al
Assigned to: HONORABLE GERALD A. MCHUGH
Demand: $5,000,000
 related Case:  2:14−cv−04464−GAM
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 06/09/2015
Date Terminated: 07/31/2015
Jury Demand: Plaintiff
Nature of Suit: 195 Contract Product Liability
Jurisdiction: Diversity

**Plaintiff**

**STEVEN BASILE**
*ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

represented by **JONATHAN SHUB**
KOHN SWIFT & GRAF PC
ONE SOUTH BROAD ST SUITE 2100
PHILADELPHIA, PA 19107
215−238−1700
Fax: 215−238−1968
Email: jshub@kohnswift.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TROY M. FREDERICK**
MARCUS & MACK PC
57 SOUTH SIXTH ST
INDIANA, PA 15701
724−349−5602
Email: TFrederick@marcusandmack.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**STREAM ENERGY PENNSYLVANIA, LLC**

represented by **PRERAK SHAH**
GIBSON DUNN & CRUTCHER LLP
2100 MCKINNEY AVE SUITE 1100
DALLAS, TX 75201
214−698−3193
Email: pshah@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERT C. WALTERS**
GIBSON DUNN & CRUTCHER LLP
2100 MCKINNEYAVE SUITE 1100
DALLAS, TX 75201
214−698−3114
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                    **GREGORY S. VOSHELL**
ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
925 HARVEST DR
SUITE 300
BLUE BELL, PA 19422
215−977−1000
Email: gsv@elliottgreenleaf.com
*ATTORNEY TO BE NOTICED*

**JOHN P. ELLIOTT**
ELLIOT GREENLEAF & SIEDZIKOWSKI P.C.
UNION MEETING CORPORATE CENTER V, SUITE 300
925 HARVEST DRIVE
P.O. BOX 3010
BLUE BELL, PA 19422
215−977−1027
Fax: 215−977−1099
Email: jpe@elliottgreenleaf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**STREAM ENERGY PENNSYLVANIA, LLC**
*doing business as*
STREAM ENERGY

represented by **PRERAK SHAH**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERT C. WALTERS**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**GREGORY S. VOSHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN P. ELLIOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**STREAM ENERGY**
*doing business as*
STREAM ENERGY PENNSYLVANIA, LLC

represented by **PRERAK SHAH**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERT C. WALTERS**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**GREGORY S. VOSHELL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN P. ELLIOTT**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/09/2015 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 122482.), filed by STEVEN BASILE. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Case Management Track Form)(tj, ) (Entered: 06/09/2015) |
| 06/09/2015 | Ï | Summons 3 Issued as to STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC. Forwarded To: Counsel on 6/9/15 (tj, ) (Entered: 06/09/2015) |
| 06/09/2015 | Ï | DEMAND for Trial by Jury by STEVEN BASILE. (tj, ) (Entered: 06/09/2015) |
| 06/09/2015 | Ï 2 | NOTICE of Appearance by TROY M. FREDERICK on behalf of STEVEN BASILE (Attachments: # 1 Certificate of Service)(FREDERICK, TROY) (Entered: 06/09/2015) |
| 06/16/2015 | Ï 3 | SUMMONS Returned Executed by STEVEN BASILE re: Robert DeLacy served Summons and Complaint upon STREAM ENERGY PENNSYLVANIA, LLC by Hand Delivery. STREAM ENERGY PENNSYLVANIA, LLC served on 6/12/2015, answer due 7/6/2015. (SHUB, JONATHAN) (Entered: 06/16/2015) |
| 06/16/2015 | Ï 4 | SUMMONS Returned Executed by STEVEN BASILE served Summons and Complaint upon STREAM ENERGY by E−mail on Defendant's Counsel, Prerak Shah of Gibson, Dunn & Crutcher LLP. STREAM ENERGY served on 6/16/2015, answer due 7/7/2015. (SHUB, JONATHAN) Modified on 6/17/2015 (afm, ). (FILED IN ERROR, INCOMPLETE PDF) (Entered: 06/16/2015) |
| 07/02/2015 | Ï 5 | NOTICE of Appearance by JOHN P. ELLIOTT on behalf of STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC with Certificate of Service(ELLIOTT, JOHN) (Entered: 07/02/2015) |
| 07/02/2015 | Ï 6 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond to the Complaint with Proposed Order (Exhibit "A")* filed by STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC.Certificate of Counsel and Certificate of Service.(ELLIOTT, JOHN) (Entered: 07/02/2015) |
| 07/06/2015 | Ï 7 | ORDER THAT DEFENDANTS SHALL ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT ON OR BEFORE 8/3/2015. SIGNED BY HONORABLE GERALD A. MCHUGH ON 7/6/15.7/6/15 ENTERED AND COPIES E−MAILED.(ti, ) (Entered: 07/06/2015) |
| 07/09/2015 | Ï 8 | APPLICATION OF PRERAK SHAH, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), *Statement and Certificate of Service* (Filing fee $40 receipt number 124020) by STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC. (ti, ) (Entered: 07/09/2015) |
| 07/09/2015 | Ï 9 | |

| | | |
|---|---|---|
| | | APPLICATION OF ROBERT C. WALTERS, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b), *Statement and Certificate of Service* (Filing fee $40 receipt number 124019) by STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC. (ti, ) (Entered: 07/09/2015) |
| 07/10/2015 | 10 | ORDER THAT THE APPLICATION OF PRERAK SHAH, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED. SIGNED BY HONORABLE GERALD A. MCHUGH ON 7/10/15. 7/13/15 ENTERED AND ECF APPLICATION & COPIES MAILED, E–MAILED.(ti, ) (Entered: 07/13/2015) |
| 07/10/2015 | 11 | ORDER THAT THE APPLICATION OF ROBERT C. WALTERS, ESQUIRE, TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b) IS GRANTED. SIGNED BY HONORABLE GERALD A. MCHUGH ON 7/10/15. 7/13/15 ENTERED AND ECF APPLICATION & COPIES MAILED, E–MAILED. (ti, ) (Entered: 07/13/2015) |
| 07/15/2015 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 including SGE Energy Sourcing, LLC, Stream Gas & Electric, Ltd., SGE Management, LLC with Certificate of Service by STREAM ENERGY PENNSYLVANIA, LLC.(ELLIOTT, JOHN) (Entered: 07/15/2015) |
| 07/30/2015 | 13 | NOTICE of Appearance by GREGORY S. VOSHELL on behalf of STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC with Certificate of Service(VOSHELL, GREGORY) (Entered: 07/30/2015) |
| 07/30/2015 | 14 | MOTION to Transfer *(UNOPPOSED)* filed by STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC.Certificate of Counsel and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(VOSHELL, GREGORY) (Entered: 07/30/2015) |
| 07/30/2015 | 15 | MOTION for Extension of Time to File *Answer or Otherwise Respond to the Complaint (UNOPPOSED)* filed by STREAM ENERGY, STREAM ENERGY PENNSYLVANIA, LLC.Certificate of Counsel and Certificate of Service. (Attachments: # 1 Text of Proposed Order)(VOSHELL, GREGORY) (Entered: 07/30/2015) |
| 07/31/2015 | 16 | ORDER THAT UPON CONSIDERATION OF DEFENDANTS' UNOPPOSED MOTION TO TRANSFER VENUE, IT IS HEREBY ORDERED THAT DEFENDANTS' MOTION IS GRANTED. IT IS FURTHER ORDERED THAT THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA. SIGNED BY HONORABLE GERALD A. MCHUGH ON 7/31/15.7/31/15 ENTERED AND COPIES MAILED, E–MAILED.(ti, ) (Entered: 07/31/2015) |
| 07/31/2015 | 17 | ORDER THAT DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT, IS GRANTED. DEFENDANTS SHALL ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT NO LATE THAN 30 DAYS AFTER THE MOTION TO TRANSFER VENUE IS DISPOSED OF. SIGNED BY HONORABLE GERALD A. MCHUGH ON 7/31/15.7/31/15 ENTERED AND COPIES MAILED, E–MAILED.(ti, ) (Entered: 07/31/2015) |