# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN BASILE**, on behalf of himself and others similarly situated,<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>**STREAM ENERGY PENNSYLVANIA, LLC, et al.**,<br>　　　　Defendants | :<br>:<br>:<br>:   No. 1:15-cv-01518<br>:<br>:   (Judge Kane)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**ACCORDINGLY**, on this 6th day of September 2016, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 22), is **GRANTED**. Plaintiffs' Count II, Count III, and Count IV are **DISMISSED WITH PREJUDICE**. **IT IS HEREBY FURTHER ORDERED THAT** Defendants' motion for judgment on the pleadings (Doc. No. 49), is **DENIED**.

　　　　　　　　　　　　　　　　　　　S/ Yvette Kane
　　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania