## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN BASILE, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>STREAM ENERGY PENNSYLVANIA, LLC, et al.,<br><br>              Defendants. | Case No. 1:15-CV-01518-YK<br><br>**CLASS ACTION** |

## ORDER GRANTING UNOPPOSED MOTION FOR APPPOINTMENT OF CLASS COUNSEL, AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARD

**AND NOW**, this *28th* day of *September* upon consideration of the Unopposed Motion for Appointment of Class Counsel, Award of Attorneys' Fees and Expenses and Service Award ("Motion") submitted to this Court by Plaintiff Steve Basile, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

        **IT IS FURTHER ORDERED THAT** the Court appoints Jonathan Shub and Troy M. Frederick as Class Counsel, approves Class Counsel's attorneys' fees, out-of-pocket expenses and a $5,000 service award to Plaintiff Basile in the total amount of $1,050,000.

1

BY THE COURT:

Hon. Yvette Kane
United States District Court Judge